# Court of Appeals
# of the State of Georgia

ATLANTA,  May 15, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1262.  JUAN FLORES-GARCIA v. STATE OF GEORGIA.**

Appellee, the State of Georgia, has filed a Request For Extention, advising the Court that the parties are attempting to work out a negotiated plea.  The Appellant has filed a Motion To Withdraw Appeal, which is hereby GRANTED.  The Appellee's Request For Extension is MOOT.



*Court of Appeals of the State of Georgia*
　　　　*Clerk's Office, Atlanta,  05/15/2017*
　　　　*I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
　　　　*Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ *, Clerk.*